# MEMO ENDORSED

| | |
|---|---|
| **From:** | Christopher Basile |
| **To:** | Rearden NYSD Chambers |
| **Subject:** | Case 1:23-cv-10579-JHR Safety Shot, Inc. v. Capybara Research et al |
| **Date:** | Tuesday, December 5, 2023 11:39:25 AM |

**CAUTION - EXTERNAL:**

Good Morning,

Yesterday, I created and opened this case, and realized after it was created that the parties were not designated as Plaintiff or Defendants. I then created and opened another case with the same parties, and was given case number 1:23-cv-10583. This morning, I received a notification that a judge was assigned to this case and that the parties have been properly designated. As a result, there are now two identical cases: Case number 1:23-cv-10597 and case number 1:23-cv-10583. I spoke with the helpdesk and was told to reach out to chambers to close out one of the cases. As a result, I am requesting that this case be closed out. If there is anything I need to do on my end, please let me know.

Very Best Regards,

--

**Christopher M. Basile, Esq.** | Member Attorney | The Basile Law Firm P.C.
Main: 516-455-1500 | Direct: 516-455-1500; Ext. 115 | Fax: 631-498-0478
E-mail: chris@thebasilelawfirm.com | LinkedIn | Website: www.thebasilelawfirm.com
New York Office: 390 N. Broadway - Ste. 140 Jericho, New York 11753
**Dallas | New York | Naples**



The Basile Law Firm ("TBLF") has sent you this email communication and it is not to be reproduced and/or distributed to anyone else other than the intended recipient. The information in this email is considered extremely confidential, it may be legally privileged, and it may contain material non-public information regarding the public company or companies mentioned herein. The information contained herein is deemed to be taken from reliable sources although no guarantee can be made that the information herein is completely accurate or correct. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken in reliance upon it is strictly prohibited and may be unlawful. Interception of this email is a crime under the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2701-2709. The information contained herein or any attachment contained herein does not constitute any kind of research report nor is it a recommendation to buy or sell any security mentioned herein whatsoever, and as such, it should not be construed to contain any research report analysis whatsoever. This email may contain forward looking statements. Any unlawful trading of a company's publicly-traded stock mentioned herein on the recipient's behalf as a result of reading and reviewing the confidential information may be considered "insider trading" by the SEC and/or FINRA, and therefore; TBLF is not responsible for any such actions taken on behalf of the recipient. Past performance is not a guarantee of future results. Any information provided is for informational purposes only and does not constitute a recommendation. This e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you

receive this message in error, please contact the sender immediately and delete the material from your computer

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Application GRANTED. On December 5, 2023, the Court received this *ex parte* communication from Christopher Basile, counsel to Plaintiff.

The Clerk of Court is directed to close this case.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: December 6, 2023